UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| STONE CREEK VILLAGE | § | CASE NO. 5:10-bk-54343 |
| PROPERTY OWNERS | § | |
| ASSOCIATION, INC. | § | |
|             *Debtor* | § | |
| | § | |

NOTICE OF EXPEDITED HEARING ON DEBTOR'S MOTION FOR TEMPORARY INJUNCTION AND DAMAGES IN RE A CONTEMPT JUDGMENT DATED NOVEMBER 05 2010

On the 10th day of January 2011 an ORDER was entered setting a hearing on Debtor's Motion For Temporary Injunction And Damages In Re A Contempt Judgment Dated November 05, 2010. The hearing has been set for January 21, 2011 at 9:30 AM, Hon. Leif M. Clark, US Bankruptcy Court, Courtroom 1, 615 E. Houston St., San Antonio, Texas 78205. A copy of the court's notice is attached.

Respectfully submitted on this 10th day of January. 2011:

STONE CREEK VILLAGE PROPERTY
OWNERS ASSOCIATION, INC.

By: /s/ Todd Prins
     Todd Prins
     SBN 16330400
     PRINS LAW FIRM
     4940 Broadway, Suite 108
     San Antonio, Texas 78209
     (210) 820–0833
     (210) 820–0929 (fax)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| STONE CREEK VILLAGE | § | CASE NO. 5:10-bk-54343 |
| PROPERTY OWNERS | § | |
| ASSOCIATION, INC. | § | |
| *Debtor* | § | |
| | § | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the NOTICE OF EXPEDITED HEARING was served in accordance with the court's ECF filing system and/or by facsimile and first class mail upon the following parties in interest this 10th day of January, 2011.

- Steven Schulte, Main Plaza One, 820 Main St., Suite 100, Kerrville, TX 78028
- Timothy Patton, TIMOTHY PATTON, P.C., 11 Lynn Batts Lane, Suite 120, San Antonio, Texas 78218
- United States Trustee, 615 E. Houston Street, Room 533, San Antonio, Texas 78205

A true and correct copy of the notice was forwarded by US First Class mail to the twenty largest creditors and the persons listed on the matrix pursuant to the Local Bankruptcy Rules on the 10th day of January, 2011, bearing postmark dates of 11 January 2011.

By: /s/ Todd Prins
Todd Prins
SBN 16330400
PRINS LAW FIRM
4940 Broadway, Suite 108
San Antonio, Texas 78209
(210) 820–0833
(210) 820–0929 (fax)