IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STONE CREEK VILLAGE PROPERTY | § | CASE NO. 10-54343-BK |
| OWNERS ASSOCIATION, INC. | § | |
| DEBTOR | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE BANKRUPTCY COURT, DEBTOR, CERTAIN CREDITORS, AND THEIR ATTORNEYS OF RECORD, AND THE UNITED STATES TRUSTEE:

PLEASE TAKE NOTICE that the undersigned is counsel for John E. Vogt and Nelda L. Vogt ("Vogt"), a creditor and party in interest in this case. Pursuant to section 1109(b) of Title 11 of the United States Code and FED. R. BANKR. P. 2002, 9007, and 9010, Vogt hereby requests that the undersigned attorney receive notice of all filings required to be served upon the U.S. Trustee or any creditors. This request includes all notices and papers, however transmitted, that affect the debtors in this matter and the property in the possession, custody, or control of the debtors or the debtors' estate. All notices given and all papers served in this matter are to be served upon:

Lynn Hamilton Butler
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456 Telephone
(512) 479-9758 Direct
(512) 226-7318 Facsimile
lbutler@brownmccarroll.com

Stephen B. Schulte
820 Main St., Suite 100
Kerrville, Texas 78028-5300
(830) 896-3811 Telephone
(830) 257-6119 Facsimile
sschulte@ktc.com

- 1 -

4526694.1
1.164

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is not intended to give consent to jurisdiction nor is it intended to waive Vogt's rights to challenge the jurisdiction of the United States Bankruptcy Court.

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Ave., Suite 1400
Austin, Texas 78701
(512) 479-9758
(512) 226-7318 (Fax)
Email: lbutler@brownmccarroll.com

By: */s/ Lynn Hamilton Butler*
    Lynn Hamilton Butler
    Texas State Bar No. 03527350

Stephen B. Schulte
820 Main St., Suite 100
Kerrville, Texas 78028-5300
(830) 896-3811 Telephone
(830) 257-6119 Facsimile
sschulte@ktc.com

ATTORNEYS FOR JOHN E. VOGT AND NELDA L. VOGT

**CERTIFICATE OF SERVICE**

I, Lynn Hamilton Butler, hereby certify that on this 8th day of February, 2011, a true and correct copy of the foregoing pleading was served, via regular first class mail, on the parties listed below.

Todd Prins
Stone Creek Village Property Owners
Association, Inc.
4940 Broadway, Suite 108
San Antonio, Texas 78209

By: */s/ Lynn Hamilton Butler*
    Lynn Hamilton Butler

- 2 -

4526694.1
1.164