UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
TRIAL ATTORNEY
615 E. Houston, Rm. 533
P.O. Box 1539
San Antonio, TX 78295-1539
Telephone: (210) 472-4640
Fax: (210) 472-4649

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| STONE CREEK VILLAGE PROPERTY OWNERS ASSOCIATION, I | § § § | CASE NO. 10-54343-LMC CHAPTER 11 |
| DEBTOR | § | Hearing Date: None Requested |

### AGREED MOTION FOR ENTRY OF ORDER SETTING DEADLINES AND GRANTING OTHER RELIEF

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE:

1

COMES NOW, JUDY A ROBBINS, THE UNITED STATES TRUSTEE for Region 7 ("UST"), through the undersigned counsel, pursuant to 11 U.S.C. § 1112(b), and respectfully moves for entry of an order setting deadlines and granting other relief, and represents as follows:

1. The case was commenced upon the filing of a voluntary petition on November 4, 2010 under Chapter 11. The debtor is the property owners' association for a townhome development in Boerne, Texas.

2. More than 6 1/2 months onto the case, no plan or disclosure statement has been filed in this case.

3. The UST and the debtor have now agreed to an order, uploaded with the Motion, setting deadlines for the debtor to file a plan and disclosure statement, get approval of the disclosure statement, and confirm a plan of reorganization. Pursuant to the agreed order, the debtor will file a plan on or before June 13, 2011, obtain court approval of the disclosure statement by July 25, 2011 and obtain confirmation of that plan by September 7, 2011.

4. In addition, the agreed order provides that the debtor will become current in filing monthly operating reports by June 13, 2011 and will remain current thereafter in in filing monthly operating reports and paying quarterly fees owed to the UST.

5. Finally, the debtor will provide to the UST by June 13, 2011, a bank statement showing the closing of the pre-petition bank account with Wells Fargo, a voided check from its post-petition bank account, showing the case number and the caption "debtor-in-possession," and copies of its 2007 and 2009 Form 1120-H income tax returns.

6. If the debtor fails to comply with any of the terms of the agreed order, the UST may file a certificate of non-compliance and the Court will enter an order dismissing the case without further notice and a hearing.

WHEREFORE, the UST prays that the Court enter an order setting deadlines, and for any and all further relief as is equitable and just.

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7

By: /s/Kevin M. Epstein
   Kevin M. Epstein
   Trial Attorney
   Texas Bar No. 00790647
   615 E. Houston St., Room 533
   P.O. Box 1539
   San Antonio, TX 78295-1539
   (210) 472-4640
   (210) 472-4649 Fax
   E-mail: Kevin.M.Epstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the parties listed on the attached service list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on this the 31st day of May, 2011.

/s/Kevin M. Epstein
Kevin M. Epstein
Trial Attorney

```
Label Matrix for local noticing              Stone Creek Village Property Owners Associat    U.S. BANKRUPTCY COURT
0542-5                                       1000 Diamond Drive                              P. O. BOX 1439
Case 10-54343-lmc                            Boerne, TX 78006-3012                           SAN ANTONIO, TX 78295-1439
Western District of Texas
San Antonio
Tue May 31 09:08:05 CDT 2011

ADT Security Services, Inc.                  Abc Pest And Lawn Service                       Adams & Polunsky Ad Valorem Tax Advisors
PO Box 371956                                19475 E Highway 290                              8000 IH 10 West, Ste 11
Pittsburgh, PA 15250-7956                    Austin, TX 78724                                 San Antonio, TX 78230-3802


American Express                             Andy Cantrell                                   BG Temp Services
P.O. Box 981540                              8 Escalle Lane                                  PO Box 803312
El Paso, TX 79998-1540                       Larkspur, CA 94939-1217                         Dallas, TX 75380-3312


Barbara Mckee                                Boerne Business Monthly                         Boerne Pool Supply
5255 Pinecrest Drive                         107 Shooting Club Rd                            1224 S. Main Street
Oakland, CA 94605-3812                       Boerne, TX 78006-5954                           Boerne, TX 78006-2814


Boerne Star Newspaper                        Bristle Properties                              Cartridge World-Boerne
941 N. School                                1607 RR 620 N, Ste 900                          232 W. Bandera
Boerne, TX 78006-5922                        Austin, TX 78734-2798                           Boerne, TX 78006-2805


Christian Jauregui                           City of Boerne                                  Copper Conferencing
736 Honey Grove Lane                         PO Box 1677                                     PO Box 172867
Nipomo, CA 93444-5649                        Boerne, TX 78006-6677                           Denver, CO 80217-2867


D & G Invesco                                Daryl Wyatt                                     Derra Lee Edwards
54 Elizabeth Circle                          1000 Diamond Dr 103                             4616 East St. John
Greenbrae, CA 94904-3032                     Boerne, TX 78006-3015                           Phoenix, AZ 85032-9300


Dreiss Insurance Agency                      Edward Trevino                                  Farmers Insurance
805 N. Main                                  28340 Quadrille Lane                            PO Box 660665
Boerne, TX 78006-1625                        Fair Oaks Ranch, TX 78015-4634                  Dallas, TX 75266-0665


Fire Alarm Control Systems, Inc.             For Rent                                        For Rent
12961 Park Central                           14843 W. 95th Street                            75 Remittance Drive, #17
San Antonio, TX 78216-2092                   Lenexa, KS 66215-5220                           Chicago, IL 60675-1705


Frank Sit                                    Fred Driggs                                     Fred Field
182 Manley Court                             6305 Chapel Hill Blvd, Unit B-202               405 Phillips Drive
San Jose, CA 95139-1431                      Pasco, WA 99301-3494                            Penngrove, CA 94951-9640
```

| | | |
|---|---|---|
| G2 Assets, Llc<br>C/O Dennis Gauthier<br>1682 East Jade Place<br>Chandler, AZ 85286-2288 | Gary Maganaris<br>1921 Bayview Ave.<br>Belmont, CA 94002-1616 | Gregory Jones<br>16724 Edge Gate Drive<br>Riverside, CA 92504-8802 |
| HD Supply Facilities Maintenance<br>PO Box 509058<br>San Diego, CA 92150-9058 | Inky Frog Media<br>1000 Diamond Drive 190<br>Boerne, TX 78006-3012 | James Shee<br>19745 Colima Road, #1-267<br>Rowland Heights, CA 91748-3219 |
| Jane Allen<br>907 RR 620 South Ste 30?<br>Austin, TX 78734-5609 | Jesus Ortiz<br>659 Freiling<br>San Antonio, TX 78213-3909 | Joe Oduoza<br>19209 Reinhart Ave.<br>Carson, CA 90746-1929 |
| John & Nelda Vogt<br>c/o Lynn Hamilton Butler<br>Brown McCarroll, L.L.P.<br>111 Congress Ave., Suite 1400<br>Austin, TX 78701-4093 | John Dunne<br>639 Waller Street<br>San Francisco, CA 94117-3320 | John E. and Nelda L. Vogt<br>c/o Stephen B. Schulte<br>820 Main Street, Suite 100<br>Kerrville, TX 78028-5300 |
| Jurado Landscaping<br>19019 RedRiver Pass<br>San Antonio, TX 78259-3517 | Keith Kraten<br>2720 Mira Bella Circle<br>Morgan Hill, CA 95037-7600 | Ken Bermudez<br>525 Spruce Street Suite 2<br>San Francisco, CA 94118-2682 |
| Leal Ugrin<br>623 29th Street<br>San Francisco, CA 94131-2205 | Linda Cook<br>13618 Valleyheart Dr<br>Sherman Oaks, CA 91423-3126 | Miguel Navarro<br>315 Scarlet Oak Court<br>Pleasant Hill, CA 94523-1243 |
| Myrna Paulsen<br>1000 Diamond Drive 300<br>Boerne, TX 78006-3012 | Nicholas Salaita<br>17731 Heron Lane<br>Canyon Country, CA 91387-6386 | North Star Fire Protection<br>4616-2 W Howard Lane<br>Austin, TX 78728-6300 |
| Orkin<br>4902 Centerpark Blvd.<br>San Antonio, TX 78218-4407 | Powermatic Systems<br>28580 IH 10 West<br>Boerne, TX 78006-9105 | Prins Law Firm<br>4940 Broadway, Suite 108<br>San Antonio, Texas 78209-5732 |
| Ricardo Velasquez<br>5095 Wheeler Avenue<br>Laverne, CA 91750-1543 | Richard Farrell<br>1408 Santa Fe Drive<br>Encinitas, CA 92024-4063 | River City Pump And Supply<br>614 Poco Pass<br>San Antonio, TX 78260-5380 |
| Robby Kwok<br>3033 Forbes Ave<br>Santa Clara, CA 95051-6115 | Robert Locke<br>1199 Camino Meleno<br>Santa Barbara, CA 93111-1058 | San Antonio Apartment Association, Inc.<br>PO Box 690947<br>San Antonio, TX 78269-0947 |

| | | |
|---|---|---|
| San Tex Commercial Services<br>PO Box 591070<br>San Antonio, TX 78259-0103 | Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | Smart Receptionist<br>10624 West Executive Dr.<br>Boise, ID 83713-8934 |
| Steve Raizes<br>9652 Camassia Way<br>San Ramon, CA 94582-5262 | Time Warner  San Antonio<br>PO Box 460849<br>San Antonio, TX 78246-0849 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |
| Verizon Wireless<br>PO Box 920041<br>Dallas, TX 75392-0041 | Vincent & Diane Ferraiuolo<br>36 Robak Drive<br>La Selva Beach, CA 95076-1633 | Waste Management<br>4730 SE Loop 410<br>San Antonio, TX 78222-3929 |
| Wirenet Solutions<br>PO Box 312507<br>New Braunfels, TX 78131-2507 | Todd A. Prins<br>Prins Law Firm<br>4940 Broadway, #108<br>San Antonio, TX 78209-5732 | End of Label Matrix<br>Mailable recipients    70<br>Bypassed recipients     0<br>Total                  70 |