

**SO ORDERED.**

**SIGNED this 01st day of July, 2011.**

_____
                                    LEIF M. CLARK
                          UNITED STATES BANKRUPTCY JUDGE

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STONE CREEK VILLAGE PROPERTY | § | CASE NO. 10-54343-LMC |
| OWNERS ASSOCIATION, INC. | § | CHAPTER 11 |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | |

### AGREED ORDER SETTING DEADLINES AND GRANTING OTHER RELIEF

On this day, came on for consideration the Agreed Motion for Entry of Order Setting Deadlines and Granting Other Relief (the "Motion"). After considering the pleadings on file, the Court finds the debtor and the United States Trustee have reached an agreement setting deadlines and the Motion should be granted.

**IT IS THEREFORE HEREBY ORDERED THAT:**

1.      The debtor shall file a disclosure statement and plan of reorganization no later than June 13, 2011.

2.     The debtor shall obtain approval of the disclosure statement no later than July 25, 2011.

3.     The debtor shall obtain confirmation of a plan of on or before September 7, 2011.

4.     The debtor shall become current in filing monthly operating reports by June 13, 2011 and will remain current thereafter in the filing of Monthly Operating Reports and payment of United States Trustee quarterly fees.

5.     The debtor shall provide to the United States Trustee by June 13, 2011, a bank statement showing the closing of the pre-petition bank account with Wells Fargo, a voided check from its post-petition bank account, showing the case number and the caption "debtor-in-possession," and copies of its 2007 and 2009 Form 1120-H income tax returns.

6.     The debtor's failure to comply with any provision of this order will result in dismissal of this case, without further notice and hearing, upon filing of a certificate of non-compliance to this Court by the Office of the United States Trustee.

###

Agreed:

By:

Todd A. Prins
Prins Law Firm
4940 Broadway, #108
San Antonio, TX 78209
(210) 820-0833
Fax : 210 820 0929
Email: taprins@prinslaw.com
Counsel for the Debtor

Submitted by:

Kevin M. Epstein
Trial Attorney
State Bar No. 00790647
615 E. Houston St., Room 533
P.O. Box 1539
San Antonio, TX 78295-1539
(210) 472-4640
(210) 472-4649 Fax