# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 10–54343–lmc
Chapter No.: 11
Judge: Leif M. Clark

IN RE: **Stone Creek Village Property Owners Association, I**, Debtor(s)

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

- at    San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

- on    **10/5/11 at 10:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): [1] Voluntary Petition under Chapter 11 Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1039, ) Filed By Stone Creek Village Property Owners Association, Inc.. –Declaration for Electronic Filing due by 11/11/2010 (Prins, Todd)) Status Hearing Set For 10/5/2011 at 10:30 AM at SA Courtroom 1 ***REGARDING MEDIATION*** (Elizondo, Lisa)

Dated: 9/12/11

George D. Prentice II
Clerk, U. S. Bankruptcy Court

[Status Hearing Notice (BK)] [NtcsthrgBKap]